```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                                CRIMINAL CASE NO.

v.

                                1:13-cr-45-03-JEC-JSA

VICENTE ARANA GALVAN,

    Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [190] recommending accepting defendant's plea of guilty tendered on August 29, 2013. No objections to the Report and Recommendation [190] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [190] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 23rd day of May, 2014.

                                        /s/ Julie E. Carnes
                                        JULIE E. CARNES
                                        CHIEF U.S. DISTRICT JUDGE